NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**LINEAR TECHNOLOGY CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**MONOLITHIC POWER SYSTEMS, INC.,**
*Defendant-Appellee.*

---

2011-1637

---

Appeal from the United States District Court for the District of Delaware in No. 06-CV-0476, Chief Judge Gregory M. Sleet.

---

**JUDGMENT**

---

JOEL M. FREED, McDermott Will & Emery, LLP, of Washington, DC, argued for plaintiff-appellant.  With him on the brief were NATALIA V. BLINKOVA and ROSE S. WHELAN.  Of counsel on the brief was RONALD J. PABIS, Weil Gotshal Manges, LLP, of Washington, DC.

DAN L. BAGATELL, Perkins Coie, LLP, of Phoenix, Arizona, argued for the defendant-appellee.  Of counsel on the brief were DEAN G. DUNLAVEY, Latham & Watkins, LLP, of Costa Mesa, California, and MARK A. FLAGEL, Los Angeles, California.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, O'MALLEY, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 14, 2012          /s/ Jan Horbaly
      Date                         Jan Horbaly
                               Clerk